IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KENNETH K. DIXON, | * | |
| Plaintiff, | * | |
| v. | * | CV 114-205 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

# O R D E R

Currently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia this 16th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA